NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1248

MARY RICHARDS,

Plaintiff-Appellant,

v.

OPTION ONE MORTGAGE CORPORATION,

Defendant-Appellee,

and

ALVIN E. GROSS, JR.,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 08-CV-0007, Judge Paul L. Friedman.

ON MOTION

O R D E R

The court considers whether this appeal should be transferred to the United States Court of Appeals for the District of Columbia Circuit.

Mary Richards appeals from a decision of the United States District Court for the District of Columbia granting the defendants' motions for summary judgment in a foreclosure and contract matter. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

MAR 24 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Rawle Andrews, Jr., Esq.
     Mary Richards
     James A. Sullivan, Jr., Esq.
     Adam M. Spence, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 24 2010

JAN HORBALY
CLERK

2010-1248                    2